229 F.2d 437
 56-1 USTC P 9273
 Fritz BUSCHE, Petitioner,
v.
COMMISSIONER OF INTERNAL REVENUE, Respondent.
 No. 15631.
 United States Court of Appeals Fifth Circuit.
 Feb. 7, 1956.
 
 Harold E. Smith, Atlanta, Ga., Smith & Webb, Atlanta, Ga., of counsel, for petitioner.
 Melva M. Graney, Atty. Dept. of Justice, Washington, D.C., H. Brian Holland, Asst. Atty. Gen., Ellis N. Slack, Sp. Asst. to Atty. Gen., Louise Foster, Atty. Dept. of Justice, John Potts Barnes, Chief Counsel, Int. Rev. Service, John M. Morawski, Sp. Atty., Washington, D.C., for respondent.
 Before BORAH, TUTTLE and JONES, Circuit Judges.
 PER CURIAM.
 
 
 1
 Affirmed on the opinion of the Tax Court, 23 T.C. 709.